U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ROBERT GILMACK | FILED: JULY 3, 2008 |
| v. | 08CV3804 |
| WING ENTERPRISES, INC. and ALLSTATE INSURANCE COMPANY | JUDGE DARRAH |
| | MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: AEE

WING ENTERPRISES, INC.

| NAME (Type or print) |
|---|
| Louis J. Phillips |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Louis J. Phillips |
| FIRM |
| Swanson, Martin & Bell LLP |
| STREET ADDRESS |
| 330 North Wabash Avenue, Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6279354 | (312) 321-9100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐