IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ROBERT GILMACK,** | ) |
| **Plaintiff,** | ) Case No. 08 CV 3804 ) |
| v. | ) Honorable John W. Darrah ) Magistrate Judge Maria Valdez |
| **WING ENTERPRISES, INC.** and **ALLSTATE INSURANCE COMPANY,** | ) ) ) |
| **Defendants.** | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Louis J. Phillips of Swanson, Martin & Bell, LLP moves this Court pursuant to Local Rule 83.17 for leave to withdraw his appearance as counsel of record for defendant Wing Enterprises, Inc., and in support of this motion states as follows:

1. On July 3, 2008, Louis J. Phillips filed his appearance as counsel of record for defendant Wing Enterprises, Inc., and on July 9 2008, Joseph P. Switzer filed his appearance as counsel of record for defendant Wing Enterprises, Inc.

2. Due to his upcoming relocation to another law firm, Louis J. Phillips requests withdrawal as counsel in this matter, with Joseph P. Switzer remaining counsel of record for defendant Wing Enterprises, Inc.

WHEREFORE, Louis J. Phillips of Swanson, Martin & Bell, LLP requests that he be permitted leave to withdraw as counsel of record for defendant Wing Enterprises, Inc.

Respectfully submitted,

WING ENTERPRIES, INC.

By: ___/s/ Louis J. Phillips___
One of its attorneys

Joseph P. Switzer, Esq.
Louis J. Phillips, Esq.
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 - Fax
Firm No. 29558