IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT GILMACK,** | ) | |
| | ) | Case No. 08 CV 3804 |
| Plaintiff, | ) | |
| v. | ) | Honorable John W. Darrah |
| | ) | Magistrate Judge Maria Valdez |
| **WING ENTERPRISES, INC.** and | ) | |
| **ALLSTATE INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   All Attorneys of Record

**PLEASE TAKE NOTICE** that on **Tuesday, August 19, 2008 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in Room 1203 at the United States District Court, Northern District of Illinois, Chicago, Illinois, and shall then and there present the attached **Motion for Leave to Withdraw as Counsel**, a copy of which is served upon you.

WING ENTERPRISES, INC.

By: */s/ Louis J. Phillips*
One of its attorneys

Joseph P. Switzer, Esq.
Louis J. Phillips, Esq.
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 – Fax

7034-001 / 601038_1.DOC

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing **Motion for Leave to Withdraw as Counsel** was served upon All Counsel of Record **via Electronic Mail, before the hour of 5:00 p.m., this 10th day of July, 2008**, from the law offices of Swanson, Martin & Bell, LLP, 330 North Wabash Avenue, Suite 3300, Chicago, Illinois 60611.

[ ✓ ] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

*/s/ Pamela Canington*