# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before the Court an attorney must either be a member in good standing of the Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rues 83.12 through 83.14.

---

In the Matter of                                                                      Case Number: 08 cv 3804

ROBERT GILMACK,

vs.

WING ENTERPRISES, INC. and ALLSTATE INSURANCE COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WING ENTERPRISES, INC.

| | |
|---|---|
| **NAME** (Type or print) <br> Patrick P. Clyder | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Patrick P. Clyder | |
| **FIRM** <br> SWANSON, MARTIN & BELL, LLP | |
| **STREET ADDRESS** <br> 330 North Wabash Avenue, Suite 3300 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60611 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6292573 | **TELEPHONE NUMBER** <br> (312) 923-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ ||
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR?   YES ☐   NO ☑ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ ||

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT GILMACK,** | ) | |
| | ) | **Case No.  08 CV 3804** |
| **Plaintiff,** | ) | |
| v. | ) | **Honorable John W. Darrah** |
| | ) | **Magistrate Judge Maria Valdez** |
| **WING ENTERPRISES, INC. and** | ) | |
| **ALLSTATE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

To:   All Counsel of Record

PLEASE TAKE NOTICE that on Wednesday, July 16, 2008, there was filed with the Clerk of the United States District Court Northern District of Illinois, Eastern Division, the *Appearance for WING ENTERPRISES, INC.,* in the above captioned matter, a true and correct copy of which is attached hereto and served upon you.

                                                                                    By:   */s/ Patrick P. Clyder*
                                                                                    One of its attorneys

Joseph P. Switzer, Esq.
Patrick P. Clyder, Esq.
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 321-9100
(312) 321-0990 – Fax

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing **Appearance *for Wing Enterprises, Inc.*** was served upon All Counsel of Record **via Electronic Mail this 16th day of July, 2008**, from the law offices of Swanson, Martin & Bell, LLP, 330 North Wabash Avenue, Suite 3300, Chicago, Illinois 60611.

[ ✓ ]    Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

                                                                 /s/ *Patrick P. Clyder*