# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3804 | **DATE** | 8/5/08 |
| **CASE TITLE** | Gilmack v. Wing Enterprises, Inc. et al | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 9/3/08 at 9:00 a.m. Counsel's motion to withdraw as attorney [6, 7] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|