IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT GILMACK, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>WING ENTERPRISES INC, )<br>)<br>Defendant. ) | NO.   08 CV 3804<br><br>Judge Darrah |

### FRCP RULE 26 (a)(1) DISCLOSURES

TO:   Patrick P. Clyder
       Joseph P. Switzer
       Swanson, Martin & Bell, LLP
       330 N. Wabash
       Suite 3300
       Chicago, IL 60611


  Plaintiff serves the following disclosures pursuant to Rule 26(a)(1) of Federal Rules of Civil Procedure:

  A.   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

ANSWER:   **Robert Gilmack**
                **692 Davis Ct**
                **Crown Point, IN  46307**

  Plaintiff is expected to testify to the facts of the occurrence; the defect in the ladder; his injuries; prior and subsequent medical condition; his employment; damages and liability issues.

           **Mrs. Lynette Gilmack**
           **692 Davis Ct**
           **Crown Point, IN  46307**

Plaintiff's wife is expected to testify to Plaintiff's pre and post medical condition; work history; pain, disability and other damages issues..

**Caleb Lippman M. D.**
**200 E 89th Ave**
**Merrillville, IN  46410**

Dr. Lipman is a treating physician and neurosurgeon.  He is expected to testify to the history of injury, nature and extent of injury, causation, permanency, disability and other damages issues.

**Carson Lux/Mike Snyder/Kelly Storm PT**
**Accelerated Rehab**
**Merrillville, IN**
Mr Lux /Mr Snyder/Ms Storm is a treating physical therapist.  He is expected to testify to the history of injury, pain, procedures performed, motivation of Plaintiff to get better, and nature and extent of his condition and other damages issues.

**Rene Spanburg PT**
**Accelerated Rehab**
Ms Spanburg is a physical therapist who performed a functional capacity evaluation.

**Claude Foreit DO**
**3831 Hohman**
**Hammond, IN  46327**

Dr. Foreit is a treating physician and neurosurgeon.  He is expected to testify to the history of injury, nature and extent of injury, causation, permanency, disability and other damages issues.

**Mr Kingston, Mr Edsell, and Precious Jennings.**
Addresses unknown
These are Allstate employees who Plaintiff believes also fell and/or sustained injury while using same model of Little Giant ladder.

**Emergency room physician at Margaret Mercy Hospital in Dyer, IN**
**Dr John Song is a neurosurgeon who offered second opinion.**

**David Sparks, of Allstate- address unknown**
Mr Sparks is Plaintiff's supervisor at Allstate and is expected to testify about Plaintiff's work habits and history, and some of the issues regarding who provided the ladder and who inspected it for Allstate.

B. A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**ANSWER:** Plaintiff has the following:

1. Certain records from Liberty Mutual (workers comp carrier for Allstate) which contain records from Dr Lippman; Accelerated Rehab; and Dr Foreit.
2. Photos of ladder
3. Little Giant manual-believed to be for the subject ladder
4. Records from Margaret Mercy Hospital in Dyer, IN
5. Records from Dr Lippman
6. Records from Accelerated Rehab

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**ANSWER:** Plaintiff is awaiting information from Liberty Mutual as to amount of medical expenses. Plaintiff was off work from 5-31-06 until approx 10-4-06 and returned to light duty. Wage losses are approximately $17,000 to $18,000. There is a workers compensation lien from Liberty Mutual. Amount unknown at this time. Workers comp claim filed in Chicago under case No. 07 WC 51886.

BRYAN J O'CONNOR
One of the attorneys for Plaintiff

Baal & O'Connor
221 North LaSalle Street
Suite 2600
Chicago, IL 60601
312-236-1814