U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                        Case Number: 08 cv 3804
ROBERT GILMACK
v.
WING ENTERPRISES, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LIBERTY MUTUAL INSURANCE COMPANY, as subrogee of ALLSTATE INSURANCE COMPANY, Intervenor; and ALLSTATE INSURANCE COMPANY, Party in Discovery

| NAME (Type or print) |
| --- |
| Gregory G. Vacala |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| RUSIN MACIOROWSKI & FRIEDMAN, LTD. |
| STREET ADDRESS |
| 10 S. Riverside Plaza, Suite 1530 |
| CITY/STATE/ZIP |
| Chicago, IL  60606-3833 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6184543 | (312) 454-5110 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT GILMACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 08 CV 3804 |
| | ) | |
| WING ENTERPRISES INC., et al., | ) | Hon. John W. Darrah |
| | ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

### NOTICE OF FILING

To:   All Counsel of Record

PLEASE TAKE NOTICE that on Thursday, August 21, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the *Appearance for LIBERTY MUTUAL INSURANCE COMPANY, as subrogee of ALLSTATE INSURANCE COMPANY, Intervenor; and ALLSTATE INSURANCE COMPANY, Party in Discovery*, in the above-captioned matter, a true and correct copy of which is attached hereto and served upon you.

By:   s/_____
Gregory G. Vacala, one of their Attorneys

Gregory G. Vacala #6184543
Rusin Maciorowski & Friedman, Ltd.
*Attorneys for Liberty Mutual Insurance Company,
as subrogee of Allstate Insurance Company, Intervenor; and
Allstate Insurance Company, Party in Discovery*
10 S. Riverside Plaza, Suite 1530
Chicago, Illinois  60606
(312) 454-5110
(312) 454-6166 – Fax

W:\DOCS\3309\01\00709093.DOC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Appearance** for ***Liberty Mutual Insurance Company, as subrogee of Allstate Insurance Company*, Intervenor**; and ***Allstate Insurance Company, Party in Discovery***, was served upon **All Counsel of Record via Electronic Mail this 21st day of August, 2008**, from the law offices of Rusin Maciorowski & Friedman, Ltd., 10 S. Riverside Plaza, Suite 1530, Chicago, Illinois, 60606.

Under penalties, as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

*s/ Gregory G. Vacala*

W:\DOCS\3309\01\00709142.DOC