IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GILMACK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WING ENTERPRISES INC., et al., ) <br> ) <br> Defendants. ) <br> _____) <br> LIBERTY MUTUAL INSURANCE ) <br> COMPANY, as subrogee of ALLSTATE ) <br> INSURANCE COMPANY, Intervenor, ) <br> and ALLSTATE INSURANCE ) <br> COMPANY, Party in Discovery. ) | No.: 08 CV 3804 <br><br> Hon. John W. Darrah <br> Magistrate Judge Maria Valdez |

## MOTION FOR LEAVE TO INTERVENE

NOW COMES LIBERTY MUTUAL INSURANCE COMPANY, as a subrogee of ALLSTATE INSURANCE COMPANY, as Intervenor, (hereinafter "Intervenor"), by its attorneys, Gregory G. Vacala and Rusin Maciorowski & Friedman, Ltd., and pursuant to Section 5(b) of the Illinois Workers' Compensation Act (820 ILCS 305/5(b)) and section of Rule 24, Fed. R. Civ. P., moves for leave to intervene in the above-entitled cause and to file its Petition of Intervenor, and in support thereof states:

1. Intervenor is granted a right to intervene in this action by Section 5(b) of the Illinois Workers' Compensation Act (820 ILCS 305/5(b)), Rule 24, Fed. R. Civ. P.

2. That Intervenor attaches its Memorandum in Support of this Motion;

3. That Petition to Intervene is attached hereto and incorporated herein; and

4. That Intervenor attaches and incorporates its proposed Order herein.

- 2 -

Respectfully submitted,

RUSIN MACIOROWSKI & FRIEDMAN, LTD.

By:     *s/ Gregory G. Vacala*
        One of the Attorneys for Intervenor,
        Liberty Mutual Insurance Company as a subrogee
        of Allstate Insurance Company

Gregory G. Vacala #6184543
**Rusin Maciorowski & Friedman, Ltd.**
Attorneys for Intervenor, Liberty Mutual Insurance Company
as a subrogee of Allstate Insurance Company
10 South Riverside Plaza, #1530
Chicago, IL 60606
Tel: (312) 454-5110; Fax: (312) 454-6166

W:\DOCS\3309\01\00707825.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT GILMACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 08 CV 3804 |
| | ) | |
| WING ENTERPRISES INC., et al., | ) | Hon. John W. Darrah |
| | ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |
| _____ | ) | |
| LIBERTY MUTUAL INSURANCE | ) | |
| COMPANY, as subrogee of ALLSTATE | ) | |
| INSURANCE COMPANY, Intervenor, | ) | |
| and ALLSTATE INSURANCE | ) | |
| COMPANY, Party in Discovery. | ) | |

### INTERVENOR'S MEMORANDUM IN SUPPORT OF
### MOTION TO INTERVENE

Intevenor, ALLSTATE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY as a subrogee of ALLSTATE INSURANCE COMPANY, by it attorneys, Gregory G. Vacala and Rusin, Maciorowski & Friedman, Ltd., for its Memorandum in Support of its Motion to Intervene states as follows:

1. Plaintiff Robert Gilmack filed this action as a result of injuries sustained after falling from a ladder while he was in the course and scope of his employment with Allstate Insurance Company on or about May 30, 2006.

2. Plaintiff Robert Gilmack has on file an application with the Illinois Workers Compensation Commission for the same injuries styled as 07 WC 51886. At the time of the accident, Plaintiff's employer, Allstate Insurance Company carried its workers' compensation insurance with Liberty Mutual Insurance Company. As a result of the injuries, Liberty Mutual Insurance Company has paid benefits and/or will be required to pay benefit in the future under the Illinois Workers' Compensation Act for temporary total disability, medical, and permanent partial disability under the Illinois Workers' Compensation Act (802 ILCS 305/1 et. seq)

3. Section 5 of the Illinois Workers' Compensation Act allows an employer or insurer such as Allstate Insurance Company and Liberty Mutual Insurance Company as a subrogee of Allstate Insurance Company to intervene in an action to protect its lien pursuant to Section 5 of the Illinois Workers' Compensation Act. See 820 ILCS 305/5.

4.      Rule 24, Fed. R. Civ. P. provides for intervention in matters such as the one at bar.

Accordingly, Allstate Insurance Company and Liberty Mutual Insurance Company as a subrogee of Allstate Insurance Company respectfully request the Court grant it leave to file instanter its Petition to Intervene, a copy of which attached to the motion which this memorandum is filed in support.

Respectfully submitted,

RUSIN MACIOROWSKI & FRIEDMAN, LTD.

By:     /s Gregory G. Vacala
        One of the Attorneys for Intervenor,
        Liberty Mutual Insurance Company as a
        subrogee of Allstate Insurance Company

Gregory G. Vacala #6184543
**Rusin Maciorowski & Friedman, Ltd.**
Attorneys for Intervenor, Liberty Mutual Insurance Company
as a subrogee of Allstate Insurance Company
10 South Riverside Plaza, #1530
Chicago, IL 60606
Tel: (312) 454-5110; Fax: (312) 454-6166

W:\DOCS\3309\01\00709184.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GILMACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 08 CV 3804 |
| ) | |
| WING ENTERPRISES INC., et al., ) | Hon. John W. Darrah |
| ) | Magistrate Judge Maria Valdez |
| Defendants. ) | |
| _____) | |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY, as subrogee of ALLSTATE ) | |
| INSURANCE COMPANY, Intervenor, ) | |
| and ALLSTATE INSURANCE ) | |
| COMPANY, Party in Discovery. ) | |

### PETITION OF INTERVENOR

NOW COMES ALLSTATE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY as a subrogee of ALLSTATE INSURANCE COMPANY (hereinafter "Intervenor"), by its attorneys, Gregory G. Vacala and Rusin Maciorowski & Friedman, Ltd., and petitions this Court to protect and secure Intervenor's lien as provided by Section 5(b) of the Illinois Workers' Compensation Act (820 ILCS 305/5(b)) upon any award, judgment, or fund which Plaintiff may be compensated or reimbursed by Defendant or any party, and in support thereof states:

1. That on May 30, 2006 Plaintiff has alleged that he suffered injuries to his neck, head and back as a result of the ladder accident described in the Complaint at Law filed in the above captioned lawsuit.

2. Plaintiff suffered the alleged injuries while working within the scope of his employment for Allstate Insurance Company.

- 2 -

3. That as a result of his alleged injuries resulting from his May 30, 2006 ladder accident, Plaintiff filed a workers compensation case styled 07 WC 51886 currently pending in front of the Illinois Workers Compensation Commission.

4. That to date, Intervenor has made payment of compensation (permanent partial disability, temporary total disability, settlement, etc.) and medical expenses totaling $37,759.44 to date and continues to make payments while Plaintiff's workers compensation case remains open and pending.

5. That for the payment of compensation and medical expenses to and on behalf of the Plaintiff, Intervenor has and claims a lien upon any award, judgment or fund out of which Plaintiff, Robert Gilmack, may be compensated by Defendant relating to his alleged May 30, 2006 accident, pursuant to the provisions of Section 5(b) of the Illinois Workers' Compensation Act (820 ILCS 305/5(b)).

WHEREFORE, the Intervenor prays:

1. That all orders of this court be made to indemnify, protect, and secure the lien of Intervenor against any award, judgment, or fund out of which Plaintiff, Robert Gilmack, may be compensated by Defendant or any party hereto which directly relates to his alleged May 30, 2006 accident.

2. That the Court declare that no release or settlement of this claim for damages by the Plaintiff, Robert Gilmack, and that no satisfaction of judgment in these proceedings shall be valid without the written consent of the Intervenor or its attorneys, Rusin Maciorowski & Friedman, Ltd., except such consent is not required where the Intervenor has been fully indemnified or protected by Court Order.

- 3 -

3. That the Intervenor's attorneys be given notice of all proceedings by the parties hereto.

                Respectfully submitted,

                RUSIN MACIOROWSKI & FRIEDMAN, LTD.

                By:    */s Gregory G. Vacala*
                          One of the Attorneys for Intervenor,
                          Liberty Mutual Insurance Company as a subrogee
                          of Allstate Insurance Company

Gregory G. Vacala #6184543
**Rusin Maciorowski & Friedman, Ltd.**
Attorneys for Intervenor, Liberty Mutual Insurance Company
as a subrogee of Allstate Insurance Company
10 South Riverside Plaza, #1530
Chicago, IL 60606
Tel: (312) 454-5110; Fax: (312) 454-6166

W:\DOCS\3309\01\00707525.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GILMACK )<br>            Plaintiff, )<br>    v. )<br>WING ENTERPRISES, INC. )<br> )<br>            Defendant. )<br>LIBERTY MUTUAL INSURANCE COMPANY, )<br>as a subrogee of ALLSTATE INSURANCE )<br>COMPANY, Intervenor, and ALLSTATE )<br>INSURANCE COMPANY, Party in Discovery. ) | No. 08 cv 3804 |

## ORDER

ON MOTION of the attorneys for the Intervenor, **ALLSTATE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY as a subrogee of ALLSTATE INSURANCE COMPANY**, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The Motion for Leave to Intervene is hereby granted; and

2. Future Orders of this Court shall be made to protect and secure the lien of the Intervenor against any award, judgment, or fund out of which Plaintiff, may be compensated by Defendants; and

3. No release or settlement of claim for damages by Plaintiff and no satisfaction of judgment in these proceedings shall resolve without the written consent of the Intervenor or its attorneys, Rusin Maciorowski & Friedman, Ltd., except such consent is not required where the Intervenor has been fully indemnified or protected by Court Order; and

4. Intervenor shall be given notice of all proceedings herein by all parties.

Dated: _____

_____
Judge

Gregory G. Vacala #6184543
**Rusin Maciorowski & Friedman, Ltd.**
Attorneys for Intervenor and Party in Discovery
10 South Riverside Plaza, #1530
Chicago, IL 60606
(312) 454-5110

W:\DOCS\3309\01\00707823.DOC