## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3804 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Robert Gilmack vs. Wing Enterprises | | |

**DOCKET ENTRY TEXT**

Parties' motion for an agreed protective order is granted [14]. Enter Agreed Protective Order. Motion by Liberty Mutual Insurance Company for leave to intervene is granted [13]. Status hearing set for 9/24/08 at 9:00 a.m. Discovery is ordered closed on 7/1/09. Dispositive motions to be filed by 8/3/09, response by 9/3/09, reply by 9/17/09. In court hearing and ruling on the motions is set for 10/22/09 at 9:00 a.m. Pretrial conference set for 1/21/10 at 1:30 p.m. Jury trial set for 1/25/10 at 9:00 a.m.

■ [For further detail see separate order].

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|